**Electronically Filed
Supreme Court
SCPW-23-0000413
11-OCT-2023
09:02 AM
Dkt. 41 ODMR**

SCPW-23-0000413

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

DOROTHY KULIK, Petitioner,

vs.

COMMISSION ON JUDICIAL CONDUCT, Respondent,

and

THE HONORABLE MICHAEL K. SOONG,
Judge of the District Court of the Fifth Circuit,
State of Hawai'i, Respondent Judge.

---

ORIGINAL PROCEEDING
(5DTP-22-009571)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., McKenna, and Eddins, JJ.,
Circuit Judge Park and Circuit Judge Kawashima,
assigned by reason of vacancies)

Upon consideration of the Fourth Supplemental Declaration and appended exhibit, submitted by Petitioner Dorothy Kulik and filed by the clerk in this matter on October 2, 2023, and the record in both State v. Dorothy Kulik, 5DTP-22-009571 and the instant case, most particularly the September 25, 2023 order of

this court, which denied Kulik's petition and subsequent Declarations, we deem the October 2, 2023 submission a motion for reconsideration, timely submitted pursuant to Rule 40 of the Hawaiʻi Rules of Appellate Procedure.  Upon review, we conclude the Petitioner has failed to demonstrate that this court overlooked or misapprehended any facts or points of law that would establish she has a clear and indisputable right to relief from this court for the remedies she seeks.  See Kema v. Gaddis, 91 Hawaiʻi 200, 204, 982 P.2d 334, 338 (1999)).  Therefore,

It is odered that the motion for reconsideration is denied.

It is further ordered that the denial of this instant motion for reconsideration closes this case.  The clerk shall not accept further filings in this case.

DATED:  Honolulu, Hawaiʻi, October 11, 2023.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Shanlyn A.S. Park

/s/ James S. Kawashima



2